Robert McAllister
**ROBERT T. MCALLISTER, P.C**
2950 S. Umatilla
Englewood, Colorado 80110
Tel: (303) 478-3287
Fax: (303) 781-0332
Colo. Bar #10350
Email: rtmcallister@comcast.net

Gary I. Amendola
**AMENDOLA & DOTY, PLLC**
702 N. 4th Street
Coeur d'Alene, ID   83814
Tel: (208) 664-8225
Fax: (208) 765-1046
ISBN: 4872
Email: gary@aadlawoffice.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDGAR J. STEELE,<br><br>    Defendant. | CASE NO.  10-CR-148-N-BLW<br><br>**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR MEDICAL EXAMINATION OF DEFENDANT** |

Now comes Edgar Steele by and through his undersigned counsel and states that there is no objection to the Government's Motion for a Rule 12.2(c) allowing an examination of the Defendant by Dr. Robert Engle.

**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR MEDICAL EXAMINATION OF DEFENDANT**
 **-1-**G:\STEELE, EDGAR\WORD PLEADINGS\NO OBJECTION.DOC

DATED March 23, 2011.

/S/ Robert T. McAllister
Robert T. McAllister, CSBN 10350
2950 S. Umatilla
Englewood, Colorado 80110
Tel: (303) 478-3287
Fax: (303) 781-0332
Email: rtmcallister@comcast.net


/S/ Gary I. Amendola
Gary I. Amendola, ISBN 4872
702 N 4th Street
Coeur d'Alene, ID 83814
Tel: (208) 664-8225
Fax: (208) 765-1046
Email: gary@aadlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Traci J. Whelan | [ ] U.S. Mail |
| Assistant U.S. Attorney | [ ] Hand Delivered |
| 6450 N Mineral Drive, Suite 210 | [ ] Facsimile |
| Coeur d'Alene, Id 83815 | [X] Via Electronic Mail |
| Traci.Whelan@usdoj.gov | |

Attorneys for Plaintiff USA

| | |
|---|---|
| D Marc Haws | [ ] U.S. Mail |
| Assistant U.S. Attorney | [ ] Hand Delivered |
| Washington Group Plaza IV | [ ] Facsimile |
| 800 Park Boulevard, Suite 600 | [X] Via Electronic Mail |
| Boise, Id 83712 | |
| Marc.Haws@usdoj.gov | |

Attorneys for Plaintiff USA


   /S/ Gary I. Amendola
      Gary I. Amendola