Robert T. McAllister
**ROBERT T. MCALLISTER, PC**
2950 S. Umatilla
Englewood, Colorado 80110
Tel:  (303) 478-3287
Fax: (303) 781-0332
Colo. Bar #10350
Email: rtmcallister@comcast.net

Gary I. Amendola
**AMENDOLA & DOTY, PLLC**
702 N. 4th Street
Coeur d'Alene, ID   83814
Tel:  (208) 664-8225
Fax: (208) 765-1046
ISBN: 4872
Email: gary@aadlawoffice.com

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>EDGAR J. STEELE,<br><br>                Defendant. | CASE NO.  10-CR-148-N-BLW<br><br>**MOTION FOR WRIT OF HABEAS CORPUS** |

The Defendant, Edgar J. Steele, through his counsel of record, moves this Court for the issuance of a Writ of Habeas Corpus ad Testificandum to require the United States Marshal to produce Daryl James Hollingsworth before Chief Judge B. Lynn

**MOTION FOR WRIT OF HABEAS CORPUS** -1-

Winmill at the United States District Court in Boise, Idaho on May 2, 2011.[1]

Mr. Hollingsworth is currently in the Bonner County Jail in Sandpoint, Idaho. Mr. Hollingsworth was sentenced on March 24, 2011 in <u>State of Idaho v. Daryl James Hollingsworth</u>, Bonner County Case No. CR 2011-283 to 1 year and 6 months determinate prison time, 3 years and 6 months indeterminate prison time, and the Court retained jurisdiction. At the conclusion of the sentencing, Mr. Hollingsworth was remanded to the custody of the Idaho Department of Correction. It is unknown at this time when he will be transported to the Idaho Correctional Center (ICC) in Boise or how long he will remain at ICC.

Mr. Hollingsworth is a material witness in this case because during the time he was incarcerated in the Bonner County Jail before he was sentenced, he was a cell mate of Larry Fairfax and had conversations with Mr. Fairfax that are relevant to the defense of Edgar J. Steele.

///

---

[1] This Motion is being presented with the Application for Writ of Habeas Corpus in order to more fully inform this Court of the circumstances of Mr. Hollingsworth's custody with the State of Idaho.

**MOTION FOR WRIT OF HABEAS CORPUS** -2-

DATED March 31, 2011.

/S/ Robert T. McAllister
Robert T. McAllister, CSBN 10350
2950 S. Umatilla
Englewood, Colorado 80110
Tel: (303) 478-3287
Fax: (303) 781-0332
Email: rtmcallister@comcast.net


/S/ Gary I. Amendola
Gary I. Amendola, ISBN 4872
702 N 4th Street
Coeur d'Alene, ID 83814
Tel: (208) 664-8225
Fax: (208) 765-1046
Email: gary@aadlawoffice.com

**MOTION FOR WRIT OF HABEAS CORPUS** -3-

WRIT HC MOTION.wpd

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Traci J. Whelan<br>Assistant U.S. Attorney<br>6450 N Mineral Drive, Suite 210<br>Coeur d'Alene, Id 83815<br>Email: Traci.Whelan@usdoj.gov<br><br>Attorneys for Plaintiff USA | [ ] U.S. Mail<br>[ ] Hand Delivered<br>[ ] Facsimile<br>[X] Via Electronic Mail |
| D Marc Haws<br>Assistant U.S. Attorney<br>Washington Group Plaza IV<br>800 Park Boulevard, Suite 600<br>Boise, Id 83712<br>Email: Marc.Haws@usdoj.gov<br><br>Attorneys for Plaintiff USA | [ ] U.S. Mail<br>[ ] Hand Delivered<br>[ ] Facsimile<br>[X] Via Electronic Mail |

    /S/ Gary I. Amendola
        Gary I. Amendola

**MOTION FOR WRIT OF HABEAS CORPUS** -4-

WRIT HC MOTION.wpd