WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
TRACI J. WHELAN, IDAHO STATE BAR NO. 4416
D. MARC HAWS, IDAHO STATE BAR NO. 2483
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP, PLAZA IV
800 E. PARK BLVD., SUITE 600
BOISE, IDAHO  83712
TELEPHONE:  (208) 334-1211
FACSIMILE:   (208) 334-1413

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | Cr. No. 10-148-N-BLW |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF EXPERT WITNESS** |
| vs. | ) | |
| EDGAR J. STEELE, | ) | |
| Defendant. | ) | |

    The United States of America, by and through Federal Rule of Criminal Procedure 16(a)(1)(G), the United States of America, through its undersigned counsel, files this written summary of testimony that it intends to introduce under Federal Rules of Evidence 702, 703, and 705 to prove the offenses charged against defendant, Edgar J. Steele.

    **UNITED STATES EXPERT WITNESSES:**

    Plaintiff may call the following expert witnesses at the hearing:

    1. Dr. Gina Richardson, Ph.D, Arlington, Virginia, 22207.

    2. David Snyder, FBI Laboratory, Quantico, Virginia.

    3. Kenneth Marr, FBI Laboratory, Quantico, Virginia.

These witnesses may be called to rebut expert witnesses who have been identified by the defense. The United States submits these witnesses have scientific, technical, or other specialized knowledge which will assist the trier of fact to understand the evidence or to determine a fact in issue.

Dr. Richardson has a Ph.D. in Linguistics, from Georgetown University. She has worked as a forensic consultant since 1989 by analyzing interviews or recordings for problems due to vocabulary, syntax and discourse. Dr. Richardson has reviewed the June 9 and 10, 2010 audio recordings and prepared transcripts from those recordings. Dr. Richardson has certified the transcripts. She determined the recordings are true and valid representations of the words spoken by the parties to the conversation. Her unique expertise may be presented to rebut any claims of Dr. George Papcun or Dennis Walsh that the recordings do not represent a true and valid representation of reality or that they do not accurately reflect the sounds and conversations that actually occurred. Dr. Richardson's C.V. Report and the June 9 and 10, 2010 Transcripts have been provided in discovery number pages 17230- 17254.

David Snyder is employed as a Forensic Audio Examiner/Electronic Engineer by the Federal Bureau of Investigation in Quantico, Virginia. He is a member of the Institute of Electrical and Electronics Engineers and the International Association for Identification. He has been a presenter at the American Academy of Forensic Sciences and has worked for the F.B.I. for almost twenty years. Mr. Snyder has received the reports of Dr. George Papcun and Dennis Walsh and has been conducting tests on the recordings and the recording device to rebut the defense expert's assertions that the recordings are not a true and valid representation of reality and do not accurately reflect the sounds and conversations that actually occurred. Mr. Snyder's CV was provided in discovery pages 2712-2714. He is not yet finished with his report but the United States will supplement this Notice with his report once it is received.

Kenneth Marr is also employed as a Forensic Audio Examiner/Electronic Engineer by the Federal Bureau of Investigation in Quantico, Virginia. He is the senior examiner and reviewed and approved Mr. Snyder's work. The United States is providing expert disclosure for Mr. Marr out of an abundance of caution, in case Mr. Snyder is unable to travel or testify. Mr. Marr did not prepare a report but does have specific education, training, experience and other specific knowledge to help

NOTICE OF EXPERT TESTIMONY  - 2

educate the jury on the science of digital recordings, authentication of recordings and the accepted manner or science of authenticating recordings.  The United States has requested Mr. Marr's C.V. and will provide it upon receipt.

Respectfully submitted this   12th   day of April,  2011.

                                     WENDY J. OLSON  
                                     UNITED STATES ATTORNEY  
                                     By:

                                     */s/ Marc Haws*  
                                     MARC HAWS  
                                     TRACI J. WHELAN  
                                     Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the   12th   day of April, 2011, the foregoing **NOTICE OF EXPERT WITNESS** was electronically filed with the Clerk of the Court using the CM/ECF system and was served to all parties listed in CMF/ECF.

                                     */s/ Maria Wahl*

                                     Legal Assistant