WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
TRACI J. WHELAN, IDAHO STATE BAR NO. 4416
D. MARC HAWS, IDAHO STATE BAR NO. 2483
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP, PLAZA IV
800 E. PARK BLVD., SUITE 600
BOISE, IDAHO  83712
TELEPHONE:  (208) 334-1211
FACSIMILE:   (208) 334-1413

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 10-148-N-BLW |
| Plaintiff, | SUPPLEMENTAL NOTICE OF EXPERT WITNESS |
| vs. | |
| EDGAR J. STEELE, | |
| Defendant. | |

The United States of America, by and through Federal Rule of Criminal Procedure 16(a)(1)(G), the United States of America, through its undersigned counsel, files this written notice that it intends to introduce testimony and evidence under Federal Rules of Evidence 702, 703, and 705 to prove the offenses charged against defendant, Edgar J. Steele.

**UNITED STATES EXPERT WITNESSES:**

Plaintiff may call the following expert witnesses at the hearing:

1.  Attila Mathe, Newport Beach, CA.

This witness may be called to rebut expert witnesses who have been identified by the defense.  The United States submits this witness has scientific, technical, or other specialized knowledge

NOTICE OF EXPERT TESTIMONY  - 1

which will assist the trier of fact to understand the evidence or to determine a fact in issue.

Mr. Mathe is the founder and president of Adaptive Digital Systems, Inc. He invented the Multi-Loop Frequency Domain Adaptive Filter Algorithm. He and his company designed the recorder which was used in this case. As the creator and engineer of the recorder and software used with the recorder, Mr. Mathe is in a unique position to assist the jury to understand how the recorder works, what security features are employed by the recorder, correct or rebut inaccurate assertions made by both Dr. Papcun and Mr. Walsh. Mr. Mathe will possibly be called as a rebuttal witness only as it is unknown if and what Dr. Papcun and Mr. Walsh may testify to during the defendant's case in chief. The United States has provided a copy of Mr. Mathe's C.V. to defense counsel via an email attachment as well as in discovery, bates numbered STEELE-017325 - STEELE-017325.

Additionally, the United States has supplemented its April 12, 2011 Notice of Expert Witnesses by providing counsel via email attachment Mr. Marr's C.V., Dr. Richardson's C.V., FBI Report of Examination conducted by David Snyder, the June 9 and 10th, 2010 transcripts prepared by Dr. Richardson and her report. The documents were also provided in discovery and are bates numbered as follows:

Mr. Marr C.V.  -  STEELE-017322 - STEELE-017324

Dr. Richardson's C.V.  -  STEELE-017230 - STEELE-017232

FBI Report of Examination - STEELE-017318 - STEELE-017321

June 9th transcripts -  STEELE-017236 - STEELE-017243

June 10th transcripts  - STEELE-017244 - STEELE-017254

Dr. Richardson, PhD, report re: audio 06/09/10 and 06/10/10 -STEELE-017233-STEELE-017235

Attila Mathe CV - STEELE-017325 - STEELE-017325

NOTICE OF EXPERT TESTIMONY  - 2

Respectfully submitted this   13th   day of April, 2011.

        WENDY J. OLSON
        UNITED STATES ATTORNEY
        By:


        */s/ Marc Haws*
        MARC HAWS
        TRACI J. WHELAN
        Assistant United States Attorney


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the   13th   day of April, 2011, the foregoing **NOTICE OF EXPERT WITNESS** was electronically filed with the Clerk of the Court using the CM/ECF system and was served to all parties listed in CMF/ECF.

        */s/ Maria Wahl*

        Legal Assistant