WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
D. MARC HAWS, IDAHO STATE BAR NO. 2483
TRACI J. WHELAN, IDAHO STATE BAR NO. 4416
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP, PLAZA IV
800 E. PARK BLVD., SUITE 600
BOISE, IDAHO 83712
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EDGAR J. STEELE,<br><br>　　　　Defendant. | Cr. No. 10-148-N-BLW<br><br>**STIPULATION** |

The United States of America, through its undersigned counsel, and the defendant, Edgar Steele, through his attorneys, Robert McAllister and Gary Amendola, agree and stipulate as follows:

1. Exhibit 1 is an audio recording from a telephone call made from the Kootenai County Jail on June 13, 2010, and contains the voices of defendant Edgar Steele and Cyndi Steele. This exhibit may be admitted without further foundation or authentication as to the participants' voices.

**STIPULATIONS - 1**

2. Exhibit 3 is an audio recording from a telephone call made from the Kootenai County Jail on June 13, 2010, and contains the voices of defendant Edgar Steele and his son, Rex Steele. This exhibit may be admitted without further foundation or authentication as to the participants' voices.

I do so stipulate.

DATED this 26th day of April, 2011.

>WENDY J. OLSON
>UNITED STATES ATTORNEY
>By:
>
>_____
>D. MARC HAWS
>TRACI J. WHELAN
>Assistant United States Attorney

DATED this 26th day of April, 2011.

>_____
>GARY AMENDOLA
>ROBERT McALLISTER
>Attorneys for defendant Edgar J. Steele

STIPULATIONS - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of April, 2011, the foregoing **STIPULATIONS** was electronically filed with the Clerk of the Court using the CM/ECF system and was served to all parties listed in CMF/ECF.

*[signature]*

Legal Assistant

**STIPULATIONS - 3**