**JURY TRIAL**  - Day 5

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: B. Lynn Winmill              Deputy Clerk: Jamie Gearhart
Case No: 2:10-CR-148-BLW            Reporter: Tammy Hohenleitner
Date: 5/2/2011                      Time: 5 hours and 31 minutes
Place: Boise

UNITED STATES OF AMERICA            Traci Whelan/Marc Haws
              Plaintiff                     Attorney for Plaintiff
vs.

EDGAR J. STEELE                     Robert McAllister/Gary Amendola
              Defendant                    Attorney for Defendant


8:37 a.m. - Matters taken up outside the presence of the jury. Defense counsel requests Court to Order Government to turn over personal notes of Larry Fairfax. Court reserved ruling. Court directed the U.S. Attorney's office to preserve the document for the time being.

8:53 a.m. - Jury Present

10:10 a.m. - Matters taken up outside the presence of the jury. Oral argument held regarding Defendant's Rule 29 Motion.

10:28 a.m. - Recess

10:49 a.m. - Matters taken up outside the presence of the jury. Court denied Defendant's Rule 29 Motion.

11:10 a.m. - Jury Present

Government Rests.

                            WITNESSES
(X) Government                      (X) Defendant

Brennan Phillips (resumed)          Jeff Miller
Brent Smith                         James Maher
                                    Alan Banks
                                    Dr. Robert Stoll
                                    Daryl Hollingsworth
                                    Billie Cochran
                                    Kelsie Steele
                                    Cyndi Steele

<u>EXHIBITS</u>
    Government: 68, 100, 101, 2, 2a

    Defendant: 2001-2003

Jury admonished for the evening recess. Jury trial to resume on 5/3/2011 at 8:45 a.m.

4:46 p.m. - Outside the presence of the jury the Court heard oral argument regarding the testimony of Dr. Papcun. Counsel shall be present at 8:15 a.m. on 5/3/2011.