UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 1:10-cr-00148-BLW |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| EDGAR J. STEELE, | |
| Defendant. | |

The Court has before it Defendant's Motion for Miscellaneous Relief to Reduce Previous Order for Visitation to Writing (Dkt. 339). During trial in this case, the Court issued an order that allowed only monitored visits between Steele and his wife because of the witness tampering charge against Steele and because Steele's wife was the victim of his crimes. (Dkt. 61). Steele claims that after he was convicted, the Court orally granted his request to vacate that order because the witness tampering concerns were no longer applicable. Steele now asks the Court to reduce to writing that oral order. Steele asserts that his visitation with his wife has been limited by the Bureau of Prisons because the order has not been reduced to writing.

The Court does not recall whether it made such an oral order, and the Court does not have a transcript of the proceedings to review. Moreover, the Court does not believe either its earlier order allowing only monitored visits or an oral order vacating that earlier order affect the Bureau of Prison's visitation policy for Steele. However, to the degree it

**ORDER - 1**

matters, the Court will note that given the resolution of both the trial and appeal in this case, the Court no longer has any concerns about Steele's visitation with his wife. Accordingly, the Court will lift any previous limitations it imposed on Steele and his wife regarding visitation. But this Order does not trump the Bureau of Prisons visitation policies. It is simply an indication that this Court has no interest in regulating Steele's visitation with his wife – that is a matter left to the Bureau of Prisons.

**IT IS SO ORDERED.**

DATED: July 21, 2014

B. Lynn Winmill
Chief Judge
United States District Court